FBI FOIA/Bivens

To Whom it may concern,

I, Lavrec Jankowski, hereby petition the court Pro Se; the charges I levy against named Defendant, the Federal Bureau of Investigation (herin FBI), and the current Director of the FBI, Christopher Wray.

I allege the FBI, by negligence and intentional maliciousness, has committed acts against me personally to violate my constitutional Rights, and has recklessly caused me irreperable mortal harm.

I request this claim under my rights via Bivens Action, per "Bivens vs Six Unknown Agents" (1971), which grants me the ability to hold accountable Federal Agents acting in the scope of Federal interests, committing Constitutional and Human Rights violations. I also want to enact my rights under Freedom of Information Act 5 U.S.C. §552 (herin FOIA), to be able to reasonably request and recieve otherwise undisclosed information.

Being that I am currently indigent and incarcerated, I request this complaint "In Forma Pauperis", and that Defendant be monetarily responsible for court costs, filing fees, and other unforseen expendetures relating directly to this suit.

I attest as Petitioner, I am filing this complaint in good faith, and I am entitled to redress. I am unable to pay the cost of litigation, the cost of service or publication, and am unable to provide security. I currently have no income, no cash on hand, no bank account, no vehicle, no real estate, no stocks, jewelery or other items of material worth. My regular expenses are greater than my income.

I request the necessity of a "Praecipe for Summons" be waived and that an appropriate summons for service be filed on my behalf, or that return service be granted by the Clerk of the Court for appropriate forms. I request Summons be served via United States Marshalls service, at cost to the Defendant.

Also due to indigency, I request to be appointed a paid attorney by the Court to represent my civil interests per U.S.C. Title 42 §1988, or Pro Bono Counsel.

I have filed many reports to FBI regarding my distress, including online filing, verbal complaint via phone call, and in-person reports. I have called the FBI no less than fourteen times directly, called their FBI hosted human trafficking hotline, reported to their Online Stalking and Harrassment portal, and any other accessible means of contact made accessible by the FBI for reporting purposes to request help.

②

FBI FOIA/Bivens

Professor Starsky had been found to be targeted by a subversive and malignant secret operation known as "COINTELPRO - the New Left", which specifically targeted Leftists and Progressives within the United States, with intent to disrupt their personal lives, and discredit them from holding anyone accountable for the transgressions and violations of their rights.

I also refer to a case that occurred in Texas, that I don't have the ability to currently cite; where a man accused of Paranoia was able to prove the FBI had been surveillencing him via fulfillment of a FOIA request, and was able to litigate in his own defense.

I cited "Central Intelligence Agency (CIA herein) vs Sims (1984) as the standing Good Law utilized by the FBI and other Intelligence agencies in the U.S, to deprive me of vital knowledge concerning Federal interest in my existence. This determination renders them immune illicitly to disclosing "sources" of intelligence regardless of whether those sources are witting, willing, or even culpable subjects; legitimizing the targeting of innocent civilians to otherwise cruel and unusual deprivation of rights.

While alone being a violation of Intellectual Property Rights, this determination at it's core is exploitative and endorses any subversive means the FBI has

(3)

Every single report has been treated with retributive negative reporting, reckless disregard for truth, belligerence, harrassment, malicious stalking in the guise of surveillance, rape, sexual assault, psychological torture, interference in my personal family life, romantic manipulation, and rampant and repeated police brutality with no means of accountability, all conducted under the guise of acting under Federal law and within the scope of Federal interests.

I cite "Starsky vs Williams (1972)" for the matter of strange and extreme circumstance, where a Professor of Arizona University faced prejudicial circumstances regarding his political opinions, and was dismissed from the university by the Board of Regents, against the recommendation of the Ad Hoc Committee who reviewed his temerity. Quote "The Board gave no indication of the reasons or the evidence it relied on in it's disagreement with the Committee... the summary nature of the Board's conclusions handicaps us in discovering the basis of the Board's rationale."

It was later revealed in "FOIA appeal from Denial of Access to FBI COINTELPRO files regarding Professor Morris Starsky (1974)", that the seemingly illogical decisionmaking by the Board was on account of a letter sent to the Board, that was written and submitted by the FBI, disparaging Professor Starsky.

FBI FOIA/Bivens

used to garner "intelligence", including human trafficking and sexual violence, and extortion. The FBI has considered themselves recklessly unliable for the damages they cause to innocent and vulnerable citizens, that they knowingly and intentionally discredit after victimizing.

I allege that I specifically have been a victim of the FBI in a secret "COINTELPRO"-like operation based on my personal beliefs. I have been a life-long Progressive Idealist, referring to myself as a "Social Justice Warrior", a Feminist, Leftist, and an advocate for Progressive political reforms; and frequently espoused my political ideals in online forums with what I believed at the time were ideological peers, but now believe were individuals acting on a subversive agenda and otherwise grooming young people like myself.

I also feel my religious inclinations have also made me vulnerable as an outlier, as I've repeatedly been exposed to Christian Conversion Therapy and indoctrination methods. I am a self-ascribed Pagan of the Heathen faith; and my rights to Religious Freedom have been frequently disregarded as invalid or otherwise oppressed.

I have made repeated written and signatured requests to the FBI to declassify any and all information that

①

been retained on my by the FBI and lesser Law Enforcement agencies in the U.S. that I've reported to the FBI for malignance. The FBI has consistently failed to appropriately respond to these requests, generally outright ignoring them.

I deserve recourse for such perpetual and invasive violence with full consideration for my personal dignity, humanity, and rights and value as an individual.

The violations of my rights I allege to not only be Constitutional Rights violations, constituting Amendments 1, II, IV, V, VI, VIII, IX, XI, XIII, XIV, but also Nebraska Constitutional Rights Article 1, § 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 19, 20, 21, 23, 25, 26, 28, + 30. I also wish to include for purview of the Court, so that it may be recognized in its valuable preservation of innate and inherent human dignity, the Universal Declaration of Human Rights, codified by International Convention in 1954; specifically the intentional violations of Articles 1 through 30.

I wish to have it prioritized in consideration the Criminalization resulting in my current incarceration, for which I deserve exoneration, but the total social alienation and isolation I've experienced due to the willful harm and willful inaction of the FBI to respond to reports and grievances in a timely and reasonable manner to prevent

(5)

FBI FOIA/Bivens

excessive harm. I'll never be able to appeal the damages of these events on my soul, or the sense of loss and abandonment from my peers and countrymen, to whom I attempted to whistleblow these occurrences.

The FBI's intentional mishandling of my information, and the withholding of information pertinent to my life, safety, and wellbeing, alongside my status as an American citizen, let alone a human being of equal rights and standing; is a reckless disregard for the truth that has cost me my civil liberties and rights as a free person, my freedom as an unconfined person, loss of my chosen career, my home, my family, my credibility, my public trust, and even my physical health, slandered my integrity, exploited me, and caused me severe personal mental, emotional and physiological damages resulting in permanent injury and disability. My current situation is perpetually life-threatening.

I cite "Painter vs FBI (1980)" that it has been determined no Federal agency is exempted from fulfilling a Freedom of Information Act request concerning when not doing so violates the rights of the individual, and countermands the scope and purpose of the Freedom of Information Act, and it's purpose in bringing transparency to the United States Federal Government, and ensuring public trust and safety for all citizens.

(6)

To reiterate, due to my alienation, I've been unable to personally aquire the services of an attorney personally. I require the legal expertise of an attorney to adequately expound and enumerate my grievances and reasonable options for civil relief on this complex matter. Due to ~~my situation~~ Please also take into consideration the extreme nature of this complaint and the circumstances it stems from, and grant waiver for all deadlines of subsequent filings, appeals, and communications for up to three years after initial filing date, on my behalf.

I wish for the full and uncensored record of myself, and members of my immediate family, both living and deceased, of whom the FBI has included in secret operations to be immediately Declassified; and records thereof to be released for my personal purview. "Records" including Audio, Video, Investigative, Surveillance records, the Administrative Communications regarding such records; and any otherwise secret or undisclosed records about me, of me, associated with me, tangentally related to me in regalds to the treatment I've been subjected to.

This includes reports I have written and submitted to the FBI, instances of personal interaction with the FBI, and the communications in regards to the assessment of these reports and interactions.

(7)

FBI FOIA/Bivens

I request the disclosure of the personal identities of individuals who have intentionally perpetuated harm upon me, within any and all Federal, state, local, municipal, or independent capacities, acting on behalf of the FBI, acting with FBI intelligence, or following FBI directives, instruction, or permissible intent to inflict said harm and damages.

I request the disclosure of the professional capacities of individual "Caleb Cassell" of Lincoln Nebraska; and his affiliation with Law Enforcement and Intelligence.

I request all afformentioned records to be fulfilled immediately; without redaction, omission, or misrepresentation of the original records or the intent of their retention by the FBI; and without obfusication of the existence of any records herein requested. I've made these requests in writing previously, and Records Management and the FBI FOIA officer have all had an exceptionally adequate time frame to prepare and fulfill an ordered request for all afformentioned documentation. I also request all documents be provided in a plainspeak, legible, printed format or otherwise made accessible in all manner of humane professionalism. Please let all manner of document handling fees be waived or otherwise made the obligation of the Defendant.

(8)

In the matter of Preliminary Injunctive Relief, I request a formal acknowledgement of damages by the FBI and apology, and herein prohibition against the FBI, and any Law Enforcement agency under purveiw of the FBI from committing any further harm or damages against myself or my immediate biological relations, or descendants; under penalty of enforcement by the FBI with special consideration.

I cite in this specific matter, 28 U.S.C. 1331 for ability of an injunction that changes current Federal policy. I also cite "Ad Hoc Shrimp Trade vs U.S. (2008)" The movant bears the burden of establishing that 1) absent the requested relief, it will suffer immediate, irreparable harm. 2) There exists a likelihood of success of the merits. 3) The public interest would be better served the requested relief 4) the balance of hardships on all parties tips in Plaintiff's favor." "The court has the authority to maintain an injunction, even if threat of "Irreparable harm" is not as imminent as first presented."

(9)

FBI FOIA/Bivens

I, Lauree Jankowski, attest to the absolute and verifiable truth of this complaint and it's contents. I have done nothing but tell the whole and entire truth as best to my ability.

Lauree Jankowski

*[signature]*

(10)

Lauree Jankowski
1125 E 17th St
Columbus, NE 68601

OMAHA NE 680
5 JUN 2023 PM 2 L



U.S. District Court of Nebraska
100 Centennial Mall N.
Lincoln, NE 68508

**RECEIVED**
JUN 07 2023
CLERK
U.S. DISTRICT COURT
LINCOLN

68508#3859

Platte County Sheriff Disclaims Any Responsibility of the Nature of the Contents of This Correspondence
Edward Wemhoff, Sheriff